UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALIKA RILEY, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 4:21-cv-01328-SRC |
| | ) |
| OLIN CORPORATION, et al., | ) |
| | ) |
| Defendant(s). | ) |

**Order of Dismissal**

In accord with the memorandum and order entered this day, the Court dismisses this case without prejudice.

So Ordered this 21st day of June 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE